AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

| Plaintiff Doe 1 and Plaintiff Doe 2 | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 3:22cv670 |
| Patriot Front, et al. | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff Doe 1 and Plaintiff Doe 2 .

Date: 10/18/2022

/s/ Michael R. Shebelskie
*Attorney's signature*

Michael R. Shebelskie, VA Bar 27459
*Printed name and bar number*
Hunton Andrews Kurth LLP
Riverfront Plaza - East Tower
951 East Byrd Street
Richmond, VA 23219

*Address*

mshebelskie@HuntonAK.com
*E-mail address*

(804) 788-8716
*Telephone number*

(804) 343-4733
*FAX number*