IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

APPLICATION TO QUALIFY AS A FOREIGN ATTORNEY UNDER LOCAL CIVIL RULE 83.1(D) AND LOCAL CRIMINAL RULE 57.4

In Case Number 3:22cv670, Case Name Plaintiff Doe 1 and Plaintiff Doe 2 v. Patriot Front, et al.
Party Represented by Applicant: Plaintiff Doe 1 and Plaintiff Doe 2

To: The Honorable Judges of the United States District Court for the Eastern District of Virginia

PERSONAL STATEMENT

FULL NAME (no initials, please) Ryan Patrick Phair
Bar Identification Number 479050   State DC
Firm Name Hunton Andrews Kurth LLP
Firm Phone # (202) 714-7887   Direct Dial # (202) 955-1500   FAX # (202) 778-2201
E-Mail Address rphair@HuntonAK.com
Office Mailing Address 2200 Pennsylvania Avenue N.W. Washington, D.C. 20037

Name(s) of federal district court(s) in which I have been admitted  Please See Attached

I certify that the rules of the federal court in the district in which I maintain my office extend a similar *pro hac vice* admission privilege to members of the bar of the Eastern District of Virginia.

I have not been reprimanded in any court nor has there been any action in any court pertaining to my conduct or fitness as a member of the bar.

I hereby certify that, within ninety (90) days before the submission of this application, I have read the Local Rules of this Court and that my knowledge of the Federal Rules of Civil Procedure, the Federal Rules of Criminal Procedure, and the Federal Rules of Evidence is current.

I am ☐ am not ☒ a full-time employee of the United States of America, and if so, request exemption from the admission fee.

_____
(Applicant's Signature)

I, the undersigned, do certify that I am a member of the bar of this Court, not related to the applicant; that I know the applicant personally, that the said applicant possesses all of the qualifications required for admission to the bar of this Court; that I have examined the applicant's personal statement. I affirm that his/her personal and professional character and standing are good, and petition the court to admit the applicant *pro hac vice*.

/s/ Michael R. Shebelskie                          10/18/2022
(Signature)                                         (Date)
Michael R. Shebelskie                               27459
(Typed or Printed Name)                             (VA Bar Number)

Court Use Only:

Clerk's Fee Paid ☐ or Exemption Granted ☐

The motion for admission is GRANTED ☐ or DENIED ☐

_____           _____
(Judge's Signature)                 (Date)

| R. Phair – Admitted Courts (in Good Standing) |
| :---: |
| Maryland |
| US Court of Appeals for the Fourth Circuit |
| District of Columbia |
| USDC for the District of Columbia |
| Supreme Court of the United States |
| US Court of Appeals DC Circuit |
| US Court of Appeals for the Federal Circuit |
| US Court of Appeals for the Second Circuit |
| USDC for the Northern District of Illinois |
| USDC for the District of Maryland |