IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

PLAINTIFF DOE 1,

and

PLAINTIFF DOE 2,

    Plaintiffs,

v.                                                       Civil Action No. 3:22cv670

PATRIOT FRONT, *et al.*,

    Defendants.

## ORDER

This matter comes before the Court on Plaintiffs' Motion for Leave to Proceed Under Sealed Names (the "Motion"). (ECF No. 12.) Plaintiffs request "leave to maintain this action as Sealed Plaintiff 1 and Plaintiff 2 in order to protect their [own safety] and their families' safety." (ECF No. 13, at 1.) Plaintiffs contended that they "fear that Defendants, other members of their group, and sympathizers in other white nationalist groups will harass and physically harm them, their spouses, and their minor children if their identifies are disclosed." (ECF No. 13, at 1.)

Upon consideration, the Court will allow Plaintiffs' names to be sealed so that service can be effectuated. The Court does so without prejudice to Defendants should they wish to challenge this designation. Accordingly, the Court GRANTS the Motion. (ECF No. 12.) The Court DIRECTS the Clerk to file Plaintiffs' names under seal, and the style of the case SHALL be amended to identify them as Sealed Plaintiff 1 and Sealed Plaintiff 2. Plaintiffs SHALL file new proposed summonses.

It is SO ORDERED.

Date: 11/01/2022                                                 /s/
Richmond, Virginia                                   M. Hannah Lauck
                                                              United States District Judge