Sealed Plaintiff one et al v. Patriot Front, et al

Civil Action: 3,22-vc-00670 mhl



Motion for an extension by defendant Thomas Dail, Pro Se

I, Thomas Dail, Pro Se defendant, move for an extension of time up to and including January 30th of 2023 to file a response to the Plaintiffs' complaint on the above captioned case. I have contacted the Plaintiffs council and he has stated that he does not oppose this extension.

*Tommy Dail*

247 Mae Lane, Wake, VA 23176

Pro Se defendant

I Thomas Dail certify that I have delivered a copy of this request to Michael Shebelski at Riverfront Plaza, East Tower, 951 East Byrd Street, Richmond, VA 23219

*Tommy Dail*

1/3/2023