

MOTION FOR AN EXTENSION OF TIME

To Your Honorable Judge,

I, Nathan Noyce, am a pro se defendant in the civil case 3:22cv670. I am writing to request an extension of time to allow me to properly prepare for my case.

I am requesting an extension of 30 days because I have been unable to fully focus on my case due to the holiday season. I have been busy with family and other commitments and have not had the time to devote to my case that I would have liked.

In addition, I have no prior experience with the court system and have been overwhelmed by the legal process. I am currently seeking representation, but have not yet been able to secure an attorney. An extension of time would allow me the opportunity to continue my search for representation and ensure that I have the necessary support to properly defend myself.

I have contacted counsel of the plaintiffs and they state, "You can tell the Court in the motion that we take no position on the motion".

I ask that the court consider my request for an extension of time and grant me the opportunity to properly prepare for my case.

Respectfully signed,

Nathan Noyce

Rogcv1820lift@proton.me

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true copy of the foregoing:

Motion for an extension

was hand-delivered or served by first class mail on the 3rd day of January 20 23 to the following:

Michael Randolph Shebelskie
951 E Byrd St
Riverfront Plaza
Richmond, VA 23219

_____ [sign]

Nathan Noyce [print]

Address:

5409 Seminary Avenue
Richmond, VA 23227

Telephone:

804-629-3376