IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

SEALED PLAINTIFF 1,

and

SEALED PLAINTIFF 2,

    Plaintiffs,

v.                                                                   Civil Action No. 3:22cv670

PATRIOT FRONT, *et al.*,

    Defendants.

## ORDER

This matter comes before the Court on the Defendant Nathan Noyce's Motion for an Extension of Time (the "Motion"). (ECF No. 48.) In the Motion, Noyce asks the Court to grant "an extension of 30 days" to respond to Plaintiff's Complaint. (ECF No. 48, at 1.) Noyes contends that "an extension of time would allow [him] the opportunity to continue [his] search for representation and ensure that [he has] the necessary support to properly defend [himself]. (ECF No. 48, at 1.) Noyce avers that Plaintiff's counsel has stated that "[they] take no position on the [M]otion." (ECF No. 48, at 1.)

Upon due consideration, pursuant to Federal Rule of Civil Procedure 6(b)(1),[1] and for good cause shown, the Court GRANTS the Motion. (ECF No. 48.) Noyce SHALL respond to the Complaint no later than February 2, 2023.

Let the Clerk send a copy of this Order to all counsel of record and to Noyce at his address of record.

It is SO ORDERED.

Date: 01/04/23
Richmond, Virginia

/s/
M. Hannah Lauck
United States District Judge

---

[1] Federal Rule of Civil Procedure 6(b)(1) provides:

(1) *In General.* When an act may or must be done within a specified time, the court may, for good cause, extend the time:

> (A) with or without motion or notice if the court acts, or if a request is made, before the original time or its extension expires; or[,]
> (B) on motion made after the time has expired if the party failed to act because of excusable neglect.

Fed. R. Civ. P. 6(b)(1).