AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Eastern District of Virginia ▾

| | | |
|---|---|---|
| Sealed Plaintiff 1 and Sealed Plaintiff 2 | ) ) ) ) | |
| *Plaintiff(s)* | ) ) | Civil Action No. 3:22cv670 |
| v. | ) ) | |
| Patriot Front, et al. | ) ) ) | |
| *Defendant(s)* | ) ) ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

> William Ring
> c/o John Lenkey, Warden
> Fayette County Prison
> 12 Court Street
> Uniontown, PA 15401

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> Michael R. Shebelskie
> HUNTON ANDREWS KURTH LLP
> 951 East Byrd Street
> Richmond, VA 23219

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date:  1/4/2023

*Signature of Clerk or Deputy Clerk*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
-------------------------------------------------------X
SEALED PLAINTIFF 1
and
SEALED PLAINTIFF 2,

        Plaintiff(s),                    Case No. 3:22-cv-00670-MHL

   -against-                      AFFIDAVIT OF SERVICE

PATRIOT FRONT, et al,

        Defendant(s).
-------------------------------------------------------X
STATE OF OHIO     )
                       S.S.:
COUNTY OF STARK)

        CHRISTINE HILL, being duly sworn, deposes and says that she is over the age of eighteen years, is an agent of METRO ATTORNEY SERVICE INC., and is not a party to this action.

        That on the  9th day of January, 2023, at approximately 12:50 PM, deponent served a true copy of the Summons in a Civil Action and First Amended Complaint upon William Ring c/o John Lenkey, Warden at Fayette County Prison at 12 Court Street, Uniontown, Pennsylvania, by personally delivering and leaving the same with Lt. Mattie, who informed deponent that she is an agent authorized by appointment to receive service at that address.

        Lt. Mattie is a white female, approximately 38 years of age, stands approximately 5 feet 5 inches tall, weighs approximately 130 pounds with black hair.

CHRISTINE HILL

Sworn to before me this
12th day of January, 2023

NOTARY PUBLIC   Linda M. Bartlett

Notary Public, State of Ohio

My Commission Expires 03-08-2025