UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
__RICHMOND__ DIVISION

Sealed Pluntiff 1, Sealed Plantiff 2
Plaintiff(s),

v.

Patriot Front, et al
Defendant(s).

Civil Action Number: 3:22cv670

## LOCAL RULE 83.1(M) CERTIFICATION

I declare under penalty of perjury that:

No attorney has prepared, or assisted in the preparation of **Motion for an extension**
(Title of Document)

Thomas Dail
Name of Pro Se Party (Print or Type)

Tommy Dail
Signature of Pro Se Party

Executed on: 1/13/2023 (Date)

OR

The following attorney(s) prepared or assisted me in preparation of _____.
(Title of Document)

_____
(Name of Attorney)

_____
(Address of Attorney)

_____
(Telephone Number of Attorney)
Prepared, or assisted in the preparation of, this document

_____
(Name of Pro Se Party (Print or Type)

_____
Signature of Pro Se Party

Executed on: _____ (Date)

RECEIVED
JAN 25 2023
CLERK, U.S. DISTRICT COURT
RICHMOND, VA