JOINT MOTION FOR AN EXTENTION OF TIME AND FOR OUT OF STATE REPRESENTATION

To Your Honorable Judge,

I, Nathan Noyce, am a pro se defendant in the civil case 3:22cv670. I am writing to request an extension of time with hopes to receive out of state representation.

I am requesting an additional extension of 30 days because I have been unable to find competent counsel in this jurisdiction due to limited availability of attorneys with expertise in this matter as well as conflicts regarding licensing within the state of Virginia.

Both Thomas Dale and I, respectfully move this Honorable Court for an order allowing Thomas and I, to retain counsel from Maryland. Thomas and I, being pro se, have been unable to find competent counsel in this jurisdiction and request the Court's permission to retain an attorney admitted in Maryland wherein we have found an attorney willing to represent us.

I have contacted counsel of the plaintiffs and they state, "Plaintiffs take no position on the request for an extension but have indicated they will oppose any further requests for extensions".

Respectfully signed,

Nathan Noyce

Rogcv1820lift@proton.me



# CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true copy of the foregoing: Joint Motion for an extension and for out of state representation.

was hand-delivered or served by first class mail on the ___2nd___ day of ___February___ 20_23_ to the following:

Michael Skebelskie
951 East Byrd Street
Richmond, VA 23219

_____[sign]
___Nathan Noyce___[print]

**Address:**

5409 Seminary Avenue
Richmond, VA 23227

**Telephone:**

804-629-3376

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
__RICHMOND__ DIVISION

_Plaintiff 1 and Plaintiff 2_
Plaintiff(s),

v.

_Nathan Noyce etc._
Defendant(s).

Civil Action Number: 3:22cv670

## LOCAL RULE 83.1(M) CERTIFICATION

I declare under penalty of perjury that:

No attorney has prepared, or assisted in the preparation of _Joint motion for extension and out of state representation._
(Title of Document)

_Nathan Noyce_
Name of *Pro Se* Party (Print or Type)

_[signature]_
Signature of *Pro Se* Party

Executed on: _2/2/23_ (Date)

OR

The following attorney(s) prepared or assisted me in preparation of _____.
(Title of Document)

_____
(Name of Attorney)

_____
(Address of Attorney)

_____
(Telephone Number of Attorney)
Prepared, or assisted in the preparation of, this document

_____
(Name of *Pro Se* Party (Print or Type)

_____
Signature of *Pro Se* Party

Executed on: _____ (Date)