## RETURN OF SERVICE

UNITED STATES DISTRICT COURT
District of Virginia

Case Number: 3:22CV670

Plaintiff:
**Sealed Plaintiff 1 and Sealed Plaintiff 2**

vs.

Defendant:
**Patriot Front, et al.**

Received by Hewett & Associates, L.L.C. to be served on **Dan Turetchi, 231 Bray Drive, Bunker Hill, WV**.

I, Andrew T. McGuigan, do hereby affirm that on the **4th day of February, 2023** at **1:30 pm, I:**

**POSTED** by attaching a true copy of the **Summons and Complaint** with the date and hour of service endorsed thereon by me, to a conspicuous place on the property of the within named person's **RESIDENCE** at the address of: **231 Bray Drive, Bunker Hill, WV** after making two attempts, not less than six hours apart.  The first attempt was on **1/10/2023** at **11:46 am** and a second attempt of service on **1/11/2023** at **5:41 pm**.

**Additional Information pertaining to this Service:**
1/10/2023  11:46 am  Attempted service at 231 Bray Drive, Bunker Hill, WV,
1/17/2023  10:22 am  Attempted service at 231 Bray Drive, Bunker Hill, WV, Noted truck MD registration. Came back listed to Turetchi surname.
1/19/2023  6:34 pm  Turetchi appears to be home but does not answer the door. there are lights on in the home, and when I went to knock on the door after about 2 minutes, I could hear the dead bolt lock on the other side of the door.
after knocking several more times and hearing more sounds in the house, I walked back over to my car. took one last look over, and there appeared to be someone peaking through the blinds watching me go back to my car.
1/19/2023  6:28 pm  Attempted service at 231 Bray Drive, Bunker Hill, WV,
2/4/2023  1:30 pm  posted the envelope on the door as instructed

I certify that I am over the age of 18, have no interest in the above action.




**Andrew T. McGuigan**
Process Server

**Hewett & Associates, L.L.C.**
**PO Box 463**
**Keedysville, MD 21756**
**(800) 776-5069**

Our Job Serial Number: HWT-2023000006

Copyright © 1992-2023 DreamBuilt Software, Inc. - Process Server's Toolbox V8.2m



AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

Sealed Plaintiff 1 and Sealed Plaintiff 2 )
)
)
)
*Plaintiff(s)* )
v. ) Civil Action No. 3:22cv670
Patriot Front, et al. )
)
)
)
*Defendant(s)* )

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Dan Turetchi
231 Bray Drive
Bunker Hill, WV 25413

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
Michael R. Shebelskie
HUNTON ANDREWS KURTH LLP
951 East Byrd Street
Richmond, VA 23219

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 12/19/2022    *[signature]*
Signature of Clerk or Deputy Clerk