02/17/2023

Defendant Thomas Dail responds to court order to show cause.



I, Thomas Dail, am a Pro Se defendant in civil case 3:22cv670

I am responding to the courts order to show cause as to why I should be able to respond to the amended complaint. I apologize for my error of not properly seeking an extension. I did indeed believe that Nathan Noyce's joint motion would be adequate for me as well. Mr. Noyce and I have had very similar difficulties in finding an attorney to represent us, so my thinking was that the joint filing was appropriate.

I have had ongoing vehicle issues such as my truck's transmission slipping along with the power steering failing, making it difficult to drive from Middlesex County to the City of Richmond in order to address my legal issues.

I did not mean to suggest that I thought Mr. Noyce was representing me. I have read the courts memo and realize my error and will not repeat it.

It is true nonetheless that despite repeated efforts I have had difficulty finding an attorney to represent me. The good news is I believe I have found one. If all goes as I hope this attorney will appear on my behalf next week. I will be grateful if the court grants permission for an extension up to 03/01/2023 to respond to the amended complaint. I have sent a copy of this to Mr. Shebelskie as well.

Respectfully,

Thomas Dail

*Tommy Dail*
02/17/2023

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true copy of the foregoing:

Motion for an extension's response to court order

was hand-delivered or served by first class mail on the __17th__ day of __February__ 20 __23__ to the following:

951 E Broad St.
Riverfront Plaza
Richmond, VA 23219

_____ [sign]
Thomas Dail _____ [print]

**Address:**

~~951 E~~
247 Mae Lane
Wake, VA 23176

**Telephone:**

804-650-1616