# UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF VIRGINIA

## Richmond Division

| | |
|---|---|
| **SEALED PLAINTIFF 1** <br> and <br> **SEALED PLAINTIFF 2,** <br><br> Plaintiffs, <br><br> v. <br><br> PATRIOT FRONT, et al. <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) Civil Action No. 3:22 cv 670-MHL <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## DEFENDANTS NOYCE AND DAIL'S MOTION TO DISMISS

Defendants Nathan Noyce and Thomas Dail, by counsel, move to dismiss the First Amended Complaint pursuant to Federal Rule of Procedure 12(b)(6), on the grounds and for the reasons fully set forth in the memorandum filed with this motion.

NATHAN NOYCE
THOMAS DAIL


By:_____/s/_____
     Counsel

Bradley P. Marrs (VSB#25281)
Marrs & Henry
7202 Glen Forest Drive, Suite 307
Richmond, VA  23226
Tel. (804) 662-5716
Fax (804) 662-5712
bmarrs@marrs-henry.com

Glen Allen, *Pro Hac Vice pending*

1

Glen Allen Law
5423 Springlake Way
Baltimore, MD  21212
Tel. (410) 802-6453
glenallenlaw@protonmail.com

## CERTIFICATE OF SERVICE

I hereby certify that on March 1, 2023, a true and accurate copies of the foregoing were served via ECF procedures of this Court to the following counsel of record:

Michael R. Shebelskie
Hunton Andrews Kurth LLP
Riverfront Plaza, East Tower
951 East Byrd Street
Richmond, VA  23219-4074
mshebelskie@huntonak.com

Ryan P. Phair
Hunton Andrews Kurth LLP
2200 Pennsylvania Avenue, NW, Suite 900
Washington, DC  20037-1701
rphair@huntonak.com

Edward G. Caspar
Arthur Ago
Lawyers' Committee for Civil Rights Under Law
1500 K Street, NW, Suite  900
Washington, DC  20005
ecaspar@lawyerscommittee.org
aago@lawyerscommittee.org

                                          _____/s/_____
                                          Bradley P. Marrs (VSB#25281)
                                          Marrs & Henry
                                          7202 Glen Forest Drive, Suite 307
                                          Richmond, VA  23226
                                          Tel. (804) 662-5716
                                          Fax (804) 662-5712
                                          bmarrs@marrs-henry.com
                                          *Counsel for defendants*
                                          *Nathan Joyce and Thomas Dail*

2