IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

SEALED PLAINTIFF 1,

and

SEALED PLAINTIFF 2,

    Plaintiffs,

v.                        Civil Action No. 3:22cv670

PATRIOT FRONT, *et al.*,

    Defendants.

## ORDER

This matter comes before the Court on *pro se* Defendant Paul Michael Gancarz's Motion for Extension of Time (the "Motion"). (ECF No. 64.) In the Motion, Gancarz asks the Court for a "30-day extension to retain counsel and provide a response to [the Amended Complaint.]" (ECF No. 64, at 1.) Gancarz contends that "it is proving very difficult to seek out and retain counsel willing to represent [him]." (ECF No. 64, at 1.) Gancarz avers that plaintiffs' counsel "does not oppose the 30-day extension." (ECF No. 64, at 1.)

Upon due consideration, pursuant to Federal Rule of Civil Procedure 6(b)(1),[1] and for good cause shown, the Court GRANTS the Motion. (ECF No. 64.) Gancarz SHALL respond to the Amended Complaint no later than March 31, 2023.

---

[1] Federal Rule of Civil Procedure 6(b)(1) provides:

(1) *In General.* When an act may or must be done within a specified time, the court may, for good cause, extend the time:

    (A) with or without motion or notice if the court acts, or if a request is made, before the original time or its extension expires; or[,]

Let the Clerk send a copy of this Order to all counsel of record and to Gancarz at his address of record.

It is SO ORDERED.

Date: 03/01/23
Richmond, Virginia

/s/
M. Hannah Lauck
United States District Judge

---

(B) on motion made after the time has expired if the party failed to act because of excusable neglect.

Fed. R. Civ. P. 6(b)(1).