

My name is Dan Turetchi. It has recently come to my attention that I am named as a defendant in Civil Action No. 3:22-CV-00670-MHL in the US Eastern District Court of Virginia.

I do not agree with the service however I understand that I am expected to provide a response to the court. I have not been given any adequate amount of time to find an attorney or retain counsel. Not only that, but it is proving very difficult to seek out and retain counsel willing to represent me. I need more time to be able to find and retain counsel and as such I am requesting a 60-day extension to retain counsel and provide a response to this complaint. Please be aware that I have confirmed with Michael Shebelskie - plaintiffs attorney - who does not
oppose a 30-day extension.

I will await to hear your response.

Thank you
Sincerely, Dan Turetchi

1



## Civil Action No. 3:22-cv-00670-MHL - Dan Turetchi - Extension request  Inbox

**me**  Feb 23
to mshebelskie

Hello,
I am reaching out to you to ask for at least a 30 day extension. I did not have enough time to find counsel. Under these circumstances I want to acknowledge my need to respond but am not conceding the fact that I was not properly serviced. I would appreciate your cooperation in this matter! Thank you.

Sincerely Dan Turetchi,



Shebelskie, Michael  Feb 24
to me

Mr. Turetchi,


You will need to file a motion with the Court asking for the extension. You can tell the Court in the motion that the plaintiffs do not oppose your request for a 30-day extension.


Michael Shebelskie