IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
**Richmond Division**

**SEALED PLAINTIFF 1,**

    and

**SEALED PLAINTIFF 2,**

    **Plaintiffs,**

    v.                                                       Civil Action No. 3:22cv670

**PATRIOT FRONT,** *et al.***,**

    **Defendants.**

## ORDER

This matter comes before the Court on *pro se* Defendant Dan Turetchi's Motion for Extension of Time (the "Motion"). (ECF No. 70.) In the Motion, Turetchi asks the Court for a "60-day extension to retain counsel and provide a response to [the Amended Complaint.]" (ECF No. 70, at 1.) Turetchi contends that "it is proving very difficult to seek out and retain counsel willing to represent [him]." (ECF No. 70, at 1.) Turetchi avers that Plaintiffs' counsel "does not oppose the 30-day extension." (ECF No. 70, at 1.)

Upon due consideration, pursuant to Federal Rule of Civil Procedure 6(b)(1),[1] and for good cause shown, the Court GRANTS the Motion. (ECF No. 70.) However, the Court will

---

[1] Federal Rule of Civil Procedure 6(b)(1) provides:

(1) *In General.* When an act may or must be done within a specified time, the court may, for good cause, extend the time:

    (A) with or without motion or notice if the court acts, or if a request is made, before the original time or its extension expires; or[,]
    (B) on motion made after the time has expired if the party failed to act because of excusable neglect.

Fed. R. Civ. P. 6(b)(1).

grant Turetchi only a 30-day extension of time.  Turetchi SHALL respond to the Amended Complaint no later than April 2, 2023.

  Let the Clerk send a copy of this Order to all counsel of record and to Turetchi at his address of record.

  It is SO ORDERED.

/s/
M. Hannah Lauck
United States District Judge

Date: 03/06/23
Richmond, Virginia

M. Hannah Lauck
United States District Judge