IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

**SEALED PLAINTIFF 1,**

and

**SEALED PLAINTIFF 2,**

    **Plaintiffs,**

v.                                                                                           **Civil Action No. 3:22cv670**

**PATRIOT FRONT,** *et al.,*

    **Defendants.**

## ORDER

This matter comes before the Court on Plaintiffs' Agreed Motion for Extension of Time and Incorporated Memorandum (the "Motion"). (ECF No. 73.) In the Motion, Plaintiffs ask the Court for a "an extension of time, up to and including March 29, 2023, within which to file a brief in opposition to the motion to dismiss filed by Defendants Nathan Noyce and Thomas Dail." (ECF No. 73, at 1.) Plaintiffs contend that "the motion [to dismiss] raises several constitutional and statutory grounds, and Plaintiffs desire sufficient time to prepare a thorough brief for the Court addressing those grounds." Plaintiffs further assert that "[they] understand that counsel for Noyce and Dail may represent two additional defendants, . . . and, if so, . . . [a]n extension would allow Plaintiffs to confirm no new grounds are raised and then file a single brief responding to all the four Defendants' motion to dismiss." (ECF No. 73, at 1–2.) Plaintiffs aver that '[c]ounsel for Defendants Noyce and Dail have told Plaintiffs' counsel that they consent to this [M]otion." (ECF No. 73, at 1.)

Upon due consideration, pursuant to Federal Rule of Civil Procedure 6(b)(1),[1] and for good cause shown, the Court GRANTS the Motion. (ECF No. 73.) Plaintiffs SHALL respond to the pending motion to dismiss by no later than March 29, 2023.

It is SO ORDERED.

Date: 03/09/23
Richmond, Virginia

/s/
M. Hannah Lauck
United States District Judge

---

[1] Federal Rule of Civil Procedure 6(b)(1) provides:

(1) *In General.* When an act may or must be done within a specified time, the court may, for good cause, extend the time:

> (A) with or without motion or notice if the court acts, or if a request is made, before the original time or its extension expires; or[,]
> (B) on motion made after the time has expired if the party failed to act because of excusable neglect.

Fed. R. Civ. P. 6(b)(1).

2