IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| **SEALED PLAINTIFF 1** ) | |
| ) | |
| and ) | |
| ) | |
| **SEALED PLAINTIFF 2,** ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil Action No. 3:22-cv-00670-MHL |
| ) | |
| **PATRIOT FRONT,** *et al.,* ) | |
| ) | |
| Defendants. ) | |

**PLAINTIFFS' AGREED MOTION TO STRIKE**

Plaintiffs, by counsel, move to strike two portions of Defendants' Reply Memorandum in Further Support of Defendants' Motion to Dismiss (Doc# 85). The two portions are: (1) the statute of limitations argument on pages 11 and 12; and (2) the argument concerning the sufficiency of the conspiracy allegation on page 8 through the first paragraph on page 9.

Defendants' counsel have advised Plaintiffs' counsel that Defendants consent to this motion.

**WHEREFORE** the Court should grant this motion and order that the two portions at issue will be deemed removed from Defendants' reply. The motion is without prejudice to Defendants' right to raise the defenses in those sections in other appropriate pleadings and motions.

Respectfully submitted,

SEALED PLAINTIFFS 1 and 2

By: /s/ Michael R. Shebelskie
               Counsel

| | |
|---|---|
| Michael R. Shebelskie<br>VSB No. 27459<br>Kevin S. Elliker<br>VSB No. 87498<br>HUNTON ANDREWS KURTH LLP<br>Riverfront Plaza, East Tower<br>951 East Byrd Street<br>Richmond, VA  23219-4074<br>Telephone:  (804) 788-8200<br>Facsimile:  (804) 788-8218<br>mshebelskie@HuntonAK.com<br>kelliker@HuntonAK.com<br><br>Edward G. Caspar (admitted pro hac vice)<br>DC Bar No. 1644168<br>Arthur Ago (admitted pro hac vice)<br>DC Bar No. 463681<br>LAWYERS' COMMITTEE FOR CIVIL RIGHTS UNDER LAW<br>1500 K Street, NW, Suite 900<br>Washington, DC 20005<br>Telephone:  (202) 662-8600<br>Facsimile:  (202) 783-0857<br>ecaspar@lawyerscommittee.org<br>aago@lawyerscommittee.org | Ryan P. Phair (admitted pro hac vice)<br>DC Bar No. 479050<br>HUNTON ANDREWS KURTH LLP<br>2200 Pennsylvania Ave, NW Suite 900<br>Washington, DC 20037-1701<br>Telephone:  (202) 955-1500<br>Facsimile:  (202) 778-2201<br>rphair@HuntonAK.com<br><br>Daniel J. Kramer (admitted pro hac vice)<br>NY Bar No. 1979392<br>Joshua Hill (admitted pro hac vice)<br>NY Bar No. 4297826<br>Gregory F. Laufer (admitted pro hac vice)<br>NY Bar No. 4614764<br>Robert J. O'Loughlin (admitted pro hac vice)<br>NY Bar No. 5225966<br>PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP<br>1285 Avenue of the Americas<br>New York, NY  10019-6064<br>Telephone:  (212) 373-3000<br>Facsimile:  (212) 492-0441<br>dkramer@paulweiss.com<br>jhill@paulweiss.com<br>glaufer@paulweiss.com<br>roloughlin@paulweiss.com |

*Counsel for Plaintiffs*

**CERTIFICATE OF SERVICE**

I certify that on April 25, 2023, I caused a copy of the foregoing to be electronically filed using the CM/ECF system, which will send notification to counsel of record of such filing by operation of the Court's electronic system. Parties may access this filing via the Court's electronic system. Additionally, copies have been sent to the following via Email.

> Bradley P. Marrs (VSB#25281)
> Marrs & Henry
> 7202 Glen Forest Drive, Suite 307
> Richmond, VA 23226
> Tel. (804) 662-5716
> Fax (804) 662-5712
> bmarrs@marrs-henry.com
>
> Glen K. Allen
> Glen Allen Law (MD-NA)
> 5423 Springlake Way
> Baltimore, MD 21212
> Tel: (410) 802-6453
> Glenallenlaw@protonmail.com

By: /s/ Michael R. Shebelskie
Counsel

Michael R. Shebelskie
VSB No. 27459
HUNTON ANDREWS KURTH LLP
Riverfront Plaza, East Tower
951 East Byrd Street
Richmond, VA 23219-4074
Telephone: (804) 788-8200
Facsimile: (804) 788-8218
mshebelskie@HuntonAK.com