AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

| | |
|---|---|
| Sealed Plaintiff 1 and Sealed Plaintiff 2 <br> *Plaintiff(s)* <br> v. <br> Patriot Front, et al. <br> *Defendant(s)* | Civil Action No. 3:22cv670 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

    Patriot Front
    c/o Thomas Ryan Rousseau
    714 Highview Lane
    Grapevine, TX 76051

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

    Michael R. Shebelskie
    Hunton Andrews Kurth LLP
    Riverfront Plaza, East Tower
    951 East Byrd Street
    Richmond, Virginia 23219

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 11/3/2022

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 3:22cv670

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* <u>Patriot Front c/o Thomas Ryan Rousseau</u> was received by me on *(date)* <u>Nov 3, 2022, 3:20 pm</u>.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because: _____ ; or

☒ Other: <u>Was Served at home Via POSTING Delivery to the front door of the residence</u> ; or

My fees are $ _____ for travel and $ _____ for services, for a total of $ <u>$1,067.20</u>.

I declare under penalty of perjury that this information is true.

Date: 12-22-2022

_____
Server's signature

Benjamin Conway PSC-17321
_____
*Printed name and title*

300 S Main St suite 201, Weatherford, TX 76086
_____
*Server's address*

Additional information regarding attempted service, etc.:
1) Unsuccessful Attempt: Nov 9, 2022, 7:37 pm CST at Home: 714 Highview Ln, Grapevine, TX 76051
Went to location for service and no one responded at the location. I left a business card with name and number for them to contact me about a delivery I had. No vehicles were visible at the address, save a sailboat on the side of the house. Multiple cameras, an unkept yard, and multiple business cards were wedged in the front door.

2) Unsuccessful Attempt: Nov 11, 2022, 10:28 am CST at Home: 714 Highview Ln, Grapevine, TX 76051
Went to location for service and no one responded at the location. I left a business card with name and number for them to contact me about a delivery I had. No vehicle was visible, save the sailboat. Photos attached

3) Unsuccessful Attempt: Nov 26, 2022, 10:05 am CST at Home: 714 Highview Ln, Grapevine, TX 76051
NO MOVEMENT 6-10 AM

4) Unsuccessful Attempt: Nov 29, 2022, 8:12 pm CST at Home: 714 Highview Ln, Grapevine, TX 76051
Went to location for service and no one was at the location. I left a business card with name and number for them to contact me about a delivery I had. No vehicles were visible at the address. The business cards that were in the door on previous attempts were no longer there.