UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA

# Richmond Division

| | |
|---|---|
| SEALED PLAINTIFF 1 | ) |
| | ) |
| and | ) |
| | ) |
| SEALED PLAINTIFF 2, | ) |
| | ) |
| Plaintiffs, | ) Civil Action No. 3:22 cv 670-MHL |
| | ) |
| v. | ) |
| | ) |
| PATRIOT FRONT, et al. | ) |
| | ) |
| Defendants. | ) |

**DEFENDANTS' NOTICE OF SUPPLEMENTAL AUTHORITY**

Defendants Nathan Noyce, Thomas Dail, Paul Gancarz, Daniel Turetchi, and Aedan Tredinnick, by counsel, respectfully bring to the Court's attention the Supreme Court's opinion, issued yesterday, in *Counterman v. Colorado*, No. 22-138 (June 27, 2023). This opinion addresses the nature of the First Amendment "True Threat" doctrine and, defendants submit, is directly relevant to issues presently before the Court on the defendants' motion to dismiss.

Defendants stand ready, as instructed by the Court, to present supplemental briefing on the impact of the *Counterman* decision on the issues presented by defendants' motion.

Respectfully submitted,

By:_____/s/_____
         Counsel

Bradley P. Marrs (VSB#25281) Marrs & Henry
7202 Glen Forest Drive, Suite 307
Richmond, VA  23226
Tel. (804) 662-5716 Fax (804) 662-5712
bmarrs@marrs-henry.com


Glen K. Allen, *Pro Hac Vice*
Glen Allen Law
5423 Springlake Way
Baltimore, MD   21212  Tel. (410) 802-6453
glenallenlaw@protonmail.com


**CERTIFICATE OF SERVICE**

I hereby certify that on June 28, 2023, a true and accurate copy of the foregoing was served via ECF procedures of this Court to the following counsel of record:

Michael R. Shebelskie
Hunton Andrews Kurth LLP
Riverfront Plaza, East Tower
951 East Byrd Street

2

Richmond, VA  23219-4074
mshebelskie@huntonak.com

Ryan P. Phair
Hunton Andrews Kurth LLP
2200 Pennsylvania Avenue, NW, Suite 900
Washington, DC  20037-1701
rphair@huntonak.com

Edward G. Caspar
Arthur Ago
Lawyers' Committee for Civil Rights Under Law
1500 K Street, NW, Suite  900
Washington, DC  20005
aago@lawyerscommittee.org

                                           _____/s/_____
                                           Bradley P. Marrs (VSB#25281)
                                           Marrs & Henry
                                           7202 Glen Forest Drive, Suite 307
                                           Richmond, VA  23226
                                           Tel. (804) 662-5716   Fax (804) 662-5712
                                           bmarrs@marrs-henry.com
                                           *Counsel for defendants*