UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| SEALED PLAINTIFF 1 )<br>)<br>and )<br>)<br>SEALED PLAINTIFF 2, )<br>)<br>)<br>)<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>PATRIOT FRONT, *et al.*, )<br>)<br>)<br>Defendants. ) | Civil Action No. 3:22-cv-00670-MHL |

## NOTICE OF WAIVER OF HEARING

Pursuant to Local Rule 7(E), Plaintiffs, by counsel, hereby waive a hearing on Plaintiffs' pending Motion for Leave to Take Limited Discovery (ECF No. 92).

Date: July 24, 2023

Respectfully submitted,

SEALED PLAINTIFFS 1 and 2

By: /s/    Michael R. Shebelskie

| | |
|---|---|
| Michael R. Shebelskie<br>VSB No. 27459<br>Kevin S. Elliker<br>VSB No. 87498<br>HUNTON ANDREWS KURTH LLP<br>Riverfront Plaza, East Tower<br>951 East Byrd Street<br>Richmond, VA  23219-4074<br>Telephone:  (804) 788-8200<br>Facsimile:  (804) 788-8218<br>mshebelskie@HuntonAK.com<br>kelliker@HuntonAK.com | Edward G. Caspar (admitted pro hac vice)<br>DC Bar No. 1644168<br>Arthur Ago (admitted pro hac vice)<br>DC Bar No. 463681<br>LAWYERS' COMMITTEE FOR CIVIL<br>RIGHTS UNDER LAW<br>1500 K Street, NW, Suite 900<br>Washington, DC 20005<br>Telephone:  (202) 662-8600<br>Facsimile:  (202) 783-0857<br>ecaspar@lawyerscommittee.org<br>aago@lawyerscommittee.org |

Daniel J. Kramer (admitted pro hac vice)
NY Bar No. 1979392
Joshua Hill (admitted pro hac vice)
NY Bar No. 4297826
Gregory F. Laufer (admitted pro hac vice)
NY Bar No. 4614764
Robert J. O'Loughlin (admitted pro hac vice)
NY Bar No. 5225966
PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
1285 Avenue of the Americas
New York, NY  10019-6064
Telephone:  (212) 373-3000
Facsimile:  (212) 492-0441
dkramer@paulweiss.com
jhill@paulweiss.com
glaufer@paulweiss.com
roloughlin@paulweiss.com

*Counsel for Plaintiffs*