**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Richmond Division**

SEALED PLAINTIFF 1, et al.,
      Plaintiffs

vs.

                                              **Civil Action No.** 3:22cv670

Patriot Front, et al.,
      Defendants

<u>ENTRY OF DEFAULT</u>

      IT APPEARING by affidavit of counsel for the plaintiffs, Sealed Plaintiff 1 and Sealed Plaintiff 2 that the defendants, Patriot Front, and Thomas Rousseau have failed to appear, plead or otherwise defend this action within the prescribed time allowed as otherwise provided in the Federal Rules of Civil Procedure, default is hereby entered against defendants Patriot Front and Thomas Rousseau.

                                           FERNANDO GALINDO, CLERK

                           BY: _____
                                     J. Jones, Deputy Clerk

Date: July 26, 2023