IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

SEALED PLAINTIFF 1, et al.,
    Plaintiffs

vs.

**Civil Action No.** 3:22cv670

PATRIOT FRONT, et al.,
    Defendants

ENTRY OF DEFAULT

    IT APPEARING by affidavit of counsel for the plaintiff, Sealed Plaintiff 1 and Sealed Plaintiff 2 that the defendant, William Ring has failed to appear, plead or otherwise defend this action within the prescribed time allowed as otherwise provided in the Federal Rules of Civil Procedure, default is hereby entered against defendant William Ring.

    FERNANDO GALINDO, CLERK

BY: _____
    J. Jones, Deputy Clerk

Date: July 26, 2023