UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| SEALED PLAINTIFF 1 <br><br> and <br><br> SEALED PLAINTIFF 2, <br><br><br> Plaintiffs, <br><br> v. <br><br> PATRIOT FRONT, *et al.*, <br><br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) |

Civil Action No. 3:22-cv-00670-MHL

## NOTICE OF WITHDRAWAL OF MOTION AND SUGGESTION OF MOOTNESS

Plaintiffs, by counsel, respectfully submit this Suggestion of Mootness regarding their Response to Notice of the Clerk's Intention to Proceed with Abatement and Motion for Leave to Take Limited Discovery (ECF No. 92). Plaintiffs served Jacob Brown in person on September 5, 2023, as reflected in the recently filed proof of service (ECF No. 109). Therefore, the Court should deny as moot Plaintiffs' Motion for Leave to Take Limited Discovery and the Notice of the Clerk's Intention to Proceed with Abatement.

Date: September 14, 2023

Respectfully submitted,

SEALED PLAINTIFFS 1 and 2

By: /s/ Michael R. Shebelskie

Michael R. Shebelskie
VSB No. 27459
Kevin S. Elliker
VSB No. 87498
HUNTON ANDREWS KURTH LLP
Riverfront Plaza, East Tower
951 East Byrd Street
Richmond, VA  23219-4074
Telephone:  (804) 788-8200
Facsimile:  (804) 788-8218
mshebelskie@HuntonAK.com
kelliker@HuntonAK.com

Edward G. Caspar (admitted pro hac vice)
DC Bar No. 1644168
Arthur Ago (admitted pro hac vice)
DC Bar No. 463681
LAWYERS' COMMITTEE FOR CIVIL
RIGHTS UNDER LAW
1500 K Street, NW, Suite 900
Washington, DC 20005
Telephone:  (202) 662-8600
Facsimile:  (202) 783-0857
ecaspar@lawyerscommittee.org
aago@lawyerscommittee.org

Daniel J. Kramer (admitted pro hac vice)
NY Bar No. 1979392
Joshua Hill (admitted pro hac vice)
NY Bar No. 4297826
Gregory F. Laufer (admitted pro hac vice)
NY Bar No. 4614764
Robert J. O'Loughlin (admitted pro hac vice)
NY Bar No. 5225966
PAUL, WEISS, RIFKIND, WHARTON &
GARRISON LLP
1285 Avenue of the Americas
New York, NY  10019-6064
Telephone:  (212) 373-3000
Facsimile:  (212) 492-0441
dkramer@paulweiss.com
jhill@paulweiss.com
glaufer@paulweiss.com
roloughlin@paulweiss.com

*Counsel for Plaintiffs*

**CERTIFICATE OF SERVICE**

      I certify that on September 14, 2023, I caused a copy of the foregoing to be electronically filed using the CM/ECF system, which will send notification to counsel of record of such filing by operation of the Court's electronic system.  Parties may access this filing via the Court's electronic system.  Additionally, copies have been sent to the following via Email:

Bradley P. Marrs (VSB#25281)
Marrs & Henry
7202 Glen Forest Drive, Suite 307
Richmond, VA 23226
Tel. (804) 662-5716
Fax (804) 662-5712
bmarrs@marrs-henry.com

Glen K. Allen
Glen Allen Law (MD-NA)
5423 Springlake Way
Baltimore, MD 21212
Tel: (410) 802-6453
Glenallenlaw@protonmail.com

                                                            /s/      Michael R. Shebelskie

                                                      Michael R. Shebelskie
                                                      VSB No. 27459
                                                      HUNTON ANDREWS KURTH LLP
                                                      Riverfront Plaza, East Tower
                                                      951 East Byrd Street
                                                      Richmond, VA  23219-4074
                                                      Telephone:  (804) 788-8200
                                                      Facsimile:  (804) 788-8218
                                                      mshebelskie@HuntonAK.com

                                                      *Counsel for Plaintiffs*