UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| **SEALED PLAINTIFF 1** | ) |
| and | ) |
| **SEALED PLAINTIFF 2,** | ) |
| **Plaintiffs,** | ) |
| v. | ) Civil Action No. 3:22-cv-00670-MHL |
| **PATRIOT FRONT,** *et al.*, | ) |
| **Defendants.** | ) |

## MOTION FOR LEAVE TO WITHDRAW AS COUNSEL

Arusha Gordon hereby respectfully moves this Court for leave to withdraw as counsel for Sealed Plaintiffs 1 and 2. As of 5 PM on September 22, 2023, Ms. Gordon will no longer be employed with the Lawyers' Committee for Civil Rights Under Law. Edward Caspar and Arthur Ago of the Lawyers' Committee for Civil Rights Under Law, and counsel from Paul, Weiss, Rifkind, Wharton and Garrison LLP and Hunton Andrews Kurth LLP will continue to represent Plaintiffs in this matter.

Dated: September 22, 2023

                                              Respectfully submitted,

                                              /s/ Arusha Gordon
                                              Arusha Gordon (admitted pro hac vice)
                                              D.C. Bar No. 1035129
                                              LAWYERS' COMMITTEE FOR CIVIL RIGHTS UNDER LAW

       1500 K Street NW, Suite 900  
       Washington, D.C. 20005  
       Tel.: 202.662.8600  
       agordon@lawyerscommittee.org  

       */s/* Michael R. Shebelskie  
       Michael R. Shebelskie  
       VSB No. 27459  
       HUNTON ANDREWS KURTH LLP  
       Riverfront Plaza, East Tower  
       951 East Byrd Street  
       Richmond, VA  23219-4074  
       Telephone:  (804) 788-8200  
       Facsimile:  (804) 788-8218  
       mshebelskie@HuntonAK.com  

## CERTIFICATE OF SERVICE

I hereby certify that, on September 22, 2023, I caused a copy of the foregoing to be electronically filed using the CM/ECF system, which will send notification to counsel of record of such filing by operation of the Court's electronic system.

       */s/* Michael R. Shebelskie  
       Michael R. Shebelskie  
       VSB No. 27459  
       HUNTON ANDREWS KURTH LLP  
       Riverfront Plaza, East Tower  
       951 East Byrd Street  
       Richmond, VA  23219-4074  
       Telephone:  (804) 788-8200  
       Facsimile:  (804) 788-8218  
       mshebelskie@HuntonAK.com