UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| SEALED PLAINTIFF 1 </br></br>and</br></br>SEALED PLAINTIFF 2,</br></br></br></br>Plaintiffs,</br></br>v.</br></br>PATRIOT FRONT, *et al.*,</br></br></br></br>Defendants. | )</br>)</br>)</br>)</br>)</br>)</br>)</br>)</br>)</br>)</br>)</br>)</br>)</br>)</br>)</br>)</br>)</br>)    Civil Action No. 3:22-cv-00670-MHL |

**PLAINTIFFS' RESPONSE TO ORDER REQUESTING EXPLANATION OF
<u>DISCREPANCY IN ADDRESSES FOR JACOB BROWN</u>**

Plaintiffs, by counsel, respectfully submit this response to the Court's Order requesting an explanation for the discrepancy in addresses for Jacob Brown (ECF No. 115).  For the reasons outlined in the attached Declaration, Plaintiffs request that the Court find that service of process on Jacob Brown was properly effectuated pursuant to Federal Rule of Civil Procedure 4(e)(2)(A), which authorizes service upon an individual by "delivering a copy of the summons and of the complaint to the individual personally."

Date: October 24, 2023

                                                  Respectfully submitted,

                                                  SEALED PLAINTIFFS 1 and 2

                                                  By: <u>/s/ Michael R. Shebelskie</u>

                                                  Michael R. Shebelskie, VSB No. 27459
                                                  Kevin S. Elliker, VSB No. 87498
                                                  HUNTON ANDREWS KURTH LLP

Riverfront Plaza, East Tower
951 East Byrd Street
Richmond, VA 23219-4074
Telephone: (804) 788-8200
Facsimile: (804) 788-8218
mshebelskie@HuntonAK.com
kelliker@HuntonAK.com

Edward G. Caspar (admitted pro hac vice)
DC Bar No. 1644168
Arthur Ago (admitted pro hac vice)
DC Bar No. 463681
LAWYERS' COMMITTEE FOR CIVIL RIGHTS
UNDER LAW
1500 K Street, NW, Suite 900
Washington, DC 20005
Telephone: (202) 662-8600
Facsimile: (202) 783-0857
ecaspar@lawyerscommittee.org
aago@lawyerscommittee.org

Daniel J. Kramer (admitted pro hac vice)
NY Bar No. 1979392
Joshua Hill (admitted pro hac vice)
NY Bar No. 4297826
Gregory F. Laufer (admitted pro hac vice)
NY Bar No. 4614764
Robert J. O'Loughlin (admitted pro hac vice)
NY Bar No. 5225966
PAUL, WEISS, RIFKIND, WHARTON &
GARRISON LLP
1285 Avenue of the Americas
New York, NY 10019-6064
Telephone: (212) 373-3000
Facsimile: (212) 492-0441
dkramer@paulweiss.com
jhill@paulweiss.com
glaufer@paulweiss.com
roloughlin@paulweiss.com

*Counsel for Plaintiffs*

**CERTIFICATE OF SERVICE**

I certify that on October 24, 2023, I caused a copy of the foregoing to be electronically filed using the CM/ECF system, which will send notification to counsel of record of such filing by operation of the Court's electronic system. Parties may access this filing via the Court's electronic system. Additionally, copies have been sent to the following via email:

Bradley P. Marrs (VSB#25281)
Marrs & Henry
7202 Glen Forest Drive, Suite 307
Richmond, VA 23226
Tel. (804) 662-5716
Fax (804) 662-5712
bmarrs@marrs-henry.com

Glen K. Allen
Glen Allen Law (MD-NA)
5423 Springlake Way
Baltimore, MD 21212
Tel: (410) 802-6453
Glenallenlaw@protonmail.com

/s/     Michael R. Shebelskie

Michael R. Shebelskie
VSB No. 27459
HUNTON ANDREWS KURTH LLP
Riverfront Plaza, East Tower
951 East Byrd Street
Richmond, VA  23219-4074
Telephone:  (804) 788-8200
Facsimile:  (804) 788-8218
mshebelskie@HuntonAK.com

*Counsel for Plaintiffs*