IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

Sealed Plaintiff 1, et al.,
    Plaintiffs

vs.

**Civil Action No.** 3:23cv670

Patriot Front, et al.,
    Defendants

ENTRY OF DEFAULT

IT APPEARING by affidavit of counsel for the plaintiffs, Sealed Plaintiff 1 and Sealed Plaintiff 2 that the defendant, Jacob Brown has failed to appear, plead or otherwise defend this action within the prescribed time allowed as otherwise provided in the Federal Rules of Civil Procedure, default is hereby entered against defendant, Jacob Brown.

FERNANDO GALINDO, CLERK

Date: 10/26/2023                                  BY: _____
                                                                       J. Jones, Deputy Clerk