IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

**SEALED PLAINTIFF 1,** *et al.*,

    **Plaintiffs,**

v.                                                                                      Civil Action No. 3:22cv670

**PATRIOT FRONT,** *et al.,*

    **Defendants.**

## **ORDER**

This matter comes before the Court *sua sponte*. Rule 7(E) of the Local Civil Rules for the United States District Court for the Eastern District of Virginia shall not apply to this action. Any party desiring a hearing on a dispositive motion shall file a motion requesting a hearing when the motion is filed. The Court will determine whether a hearing is necessary.

It is SO ORDERED.

Date: January 22, 2024
Richmond, Virginia

/s/
M. Hannah Lauck
United States District Judge