# UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF VIRGINIA

## Richmond Division

| | |
|---|---|
| **SEALED PLAINTIFF 1** ) | |
| and ) | |
| **SEALED PLAINTIFF 2,** ) | |
| ) | |
| Plaintiffs, ) | Civil Action No. 3:22 cv 670-MHL |
| ) | |
| v. ) | |
| ) | |
| **PATRIOT FRONT, et al.** ) | |
| ) | |
| Defendants. ) | |

# DEFENDANTS' MOTION FOR SCHEDULING OF HEARING ON THEIR MOTION TO DISMISS

Defendants Nathan Noyce, Thomas Dail, Paul Gancarz, Daniel Turetchi, and Aedan Tredinnick, by counsel, and pursuant to the Court's order of January 22, 2024, move for the scheduling of a hearing on their previously filed Amended Motion to Dismiss, on the following grounds:

1. Defendants previously requested oral argument on their Amended Motion to Dismiss in writing. See their reply memorandum in support of their amended motion to dismiss, filed August 14, 2023 (Document 107), at page 20

2. Defendants now reiterate their prior request through the filing of this motion, in an effort to assure that they have fully complied with the spirit of this Court's Order as referenced above.

3. Defendants continue to believe that oral argument would be beneficial to all parties concerned, given the complexity and importance of the issues presented by their Amended Motion to Dismiss.

NATHAN NOYCE  
THOMAS DAIL  
PAUL GANCARZ  
DANIEL TURETCHI  
AEDAN TREDINNICK


By:_____/s/_____  
    Counsel

Bradley P. Marrs (VSB#25281)  
Marrs & Henry  
7202 Glen Forest Drive, Suite 307  
Richmond, VA  23226  
Tel. (804) 662-5716  
Fax (804) 662-5712  
bmarrs@marrs-henry.com


Glen K. Allen, *Pro Hac Vice*  
Glen Allen Law  
5423 Springlake Way  
Baltimore, MD  21212  Tel. (410) 802-6453  
glenallenlaw@protonmail.com

**CERTIFICATE OF SERVICE**

I hereby certify that on January 31, 2024, a true and accurate copy of the foregoing was served via ECF procedures of this Court to the following counsel of record:

Michael R. Shebelskie
Hunton Andrews Kurth LLP
Riverfront Plaza, East Tower
951 East Byrd Street
Richmond, VA  23219-4074
mshebelskie@huntonak.com

Ryan P. Phair
Hunton Andrews Kurth LLP
2200 Pennsylvania Avenue, NW, Suite 900
Washington, DC  20037-1701
rphair@huntonak.com

Edward G. Caspar
Arthur Ago
Lawyers' Committee for Civil Rights Under Law
1500 K Street, NW, Suite  900
Washington, DC  20005
aago@lawyerscommittee.org


                                         _____/s/_____
                                         Bradley P. Marrs (VSB#25281)
                                         Marrs & Henry
                                         7202 Glen Forest Drive, Suite 307
                                         Richmond, VA  23226
                                         Tel. (804) 662-5716   Fax (804) 662-5712
                                         bmarrs@marrs-henry.com
                                         *Counsel for defendants*