IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

SEALED PLAINTIFF 1,

and

SEALED PLAINTIFF 2,

    Plaintiffs,

v.                                                                          Civil Action No. 3:22-cv-00670

PATRIOT FRONT, *et al.*,

    Defendants.

## SCHEDULING ORDER

This matter comes before the Court on Defendants Nathan Noyce, Thomas Dail, Paul Gancarz, Daniel Turetchi, and Aedan Tredinnick's (collectively, "Defendants") Motion for Scheduling of Hearing on Their Motion to Dismiss (the "Motion"). (ECF No. 121.) In the Motion, Defendants request that the Court schedule a hearing on Defendants' Amended Motion to Dismiss, (ECF No. 102). (ECF No. 121, at 1.) In support of this request, Defendants state that they "believe that oral argument would be beneficial to all parties concerned, given the complexity and importance of the issues presented by their Amended Motion to Dismiss." (ECF No. 121, at 2.)

Upon due consideration, and for good cause shown, the Court GRANTS the Motion. (ECF No. 121.) The Court SCHEDULES a hearing regarding Defendants' Amended Motion to

Dismiss, (ECF No. 102), to occur on Wednesday, March 27, 2024 at 2:00 p.m. Each party will be allowed thirty minutes for argument, after which Defendants will be allowed ten minutes for rebuttal.

    It is SO ORDERED.

Date: 03/04/2024
Richmond, Virginia

/s/
M. Hannah Lauck
United States District Judge