**CIVIL NON-JURY TRIAL OR MOTION HEARING:**
**MINUTE SHEET**                                                          DATE:   MARCH 27, 2024

| United States District Court | Eastern District of Virginia - Richmond Division |
|---|---|
| CASE TITLE:<br><br>SEALED PLAINTIFF 1, *et al.*<br>v.<br><br>PATRIOT FRONT, *et al.* | Case No.   3:22cv670<br><br>Judge:   M. HANNAH LAUCK<br><br>Court Reporter:   RUTH LEVY, OCR |

MATTER COMES ON FOR:   ☐ BENCH TRIAL  ☒ MOTION HEARING  ☐ OTHER:

APPEARANCES:   Parties by ☐ with ☒ counsel     Pro Se ☐

MOTIONS BEFORE TRIAL: Amended Motion to Dismiss (ECF 102)
_____

**TRIAL PROCEEDINGS:**

WITNESSES EXCLUDED ON MOTION OF:   PLAINTIFF(S) ☐     DEFENDANT(S) ☐  Court ☐

OPENING STATEMENTS MADE ☐          OPENING WAIVED ☐

PLAINTIFF(S) ADDUCED EVIDENCE ☐ RESTED ☐ MOTION ☐ _____

DEFENDANT(S) ADDUCED EVIDENCE ☐    RESTED ☐ MOTION ☐ _____

REBUTTAL EVIDENCE ADDUCED   ☐       SUR-REBUTTAL EVIDENCE ADDUCED ☐

EVIDENCE CONCLUDED  ☐        ARGUMENTS OF COUNSEL HEARD ☒

COURT FOUND IN FAVOR OF PLAINTIFF(S)   ☐     MONETARY AWARD $_____

COURT FOUND IN FAVOR OF DEFENDANT(S) ☐ _____

CLERK TO ENTER JUDGMENT ON DECISION ☐   TRIAL EXHIBITS   ☐

THE COURT TAKES THE MATTER UNDER ADVISEMENT. THE COURT WILL ISSUE AN OPINION.

Counsel for Plaintiff(s):

Michael Shebelski, Arthur Ago, Gregory Laufer, Nicholas Drews, and Robert O'Loughlin
_____
Counsel for Defendants:

Bradley Marrs and Glen Allen

SET: 2:00 PM     Began: 2:04 PM     ENDED: 3:30 PM     TIME IN COURT: 1 HOUR, 26 MINUTES