IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

SEALED PLAINTIFF 1,

and

SEALED PLAINTIFF 2,

    Plaintiffs,

v.                                      Civil Action No. 3:22-cv-00670

PATRIOT FRONT, *et al.*,

    Defendants.

## ORDER

For the reasons stated in the accompanying Memorandum Opinion, the Court DENIES Defendants Nathan Noyce, Thomas Dail, Paul Gancarz, Daniel Turetchi, and Aedan Tredinnick's (collectively, "Defendants") Amended Motion to Dismiss. (ECF No. 102.)

Each Defendant must file his respective Answer to the Complaint pursuant to the Federal Rules of Civil Procedure.

It is SO ORDERED.

Date: 3/31/24
Richmond, Virginia

/s/
M. Hannah Lauck
United States District Judge