# UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF VIRGINIA

## Richmond Division

| | |
|---|---|
| **SEALED PLAINTIFF 1** ) | |
| and ) | |
| **SEALED PLAINTIFF 2,** ) | |
| ) | |
| Plaintiffs, ) | Civil Action No. 3:22 cv 670-MHL |
| ) | |
| v. ) | |
| ) | |
| **PATRIOT FRONT, et al.** ) | |
| ) | |
| **Defendants.** ) | |

## DEFENDANTS' AGREED MOTION FOR EXTENSION
## OF TIME AND INCORPORATED MEMORANDUM

Defendants Nathan Noyce, Thomas Dail, Paul Gancarz, Daniel Turetchi, and Aedan Tredinnick (together "Defendants"), by counsel and pursuant to Fed. R. Civ. P. 6(b)(1) and Local Civil Rule 7(F)(2)(b), hereby move this Court for an extension of time up to and including April 25, 2024, to file answers to the Plaintiffs' Amended Complaint. Defendants state in support of this unopposed motion:

1. The Court denied Defendants' motions to dismiss on March 31, 2024. Defendants' answers, accordingly, would be due April 15, 2024.

2. The Amended Complaint is a fairly lengthy one and there are multiple Defendants in different locations with different schedules. Five separate answers need to be filed.

3. No prior motions for extension of time have been made as to these answers.

4. This extension is not meant for improper delay of this proceeding.

1

5. Counsel for Plaintiffs has told Defendants' counsel that they consent to this motion.

6. A proposed Order is attached as Exhibit 1.

WHEREFORE, Defendants request that the Court grant them an extension of time up to and including April 25, 2024 to file answers to Plaintiffs' Amended Complaint.

                                          Respectfully submitted,

                                          NATHAN NOYCE
                                          THOMAS DAIL
                                          PAUL GANCARZ
                                           DANIEL TURETCHI
                                           AEDAN TREDINICK

                                        By:_____/s/_____
                                              Counsel

Bradley P. Marrs (VSB#25281)
Marrs & Henry
7202 Glen Forest Drive, Suite 307
Richmond, VA  23226
Tel. (804) 662-5716
Fax (804) 662-5712
bmarrs@marrs-henry.com


Glen K. Allen, *Pro Hac Vice*
Glen Allen Law
5423 Springlake Way
Baltimore, MD  21212
Tel. (410) 802-6453
glenallenlaw@protonmail.com

**CERTIFICATE OF SERVICE**

I hereby certify that on April 11, 2024, true and accurate copies of the foregoing were served via ECF procedures of this Court to the following counsel of record:

Michael R. Shebelskie
Hunton Andrews Kurth LLP
Riverfront Plaza, East Tower
951 East Byrd Street
Richmond, VA  23219-4074
mshebelskie@huntonak.com

Ryan P. Phair
Hunton Andrews Kurth LLP
2200 Pennsylvania Avenue, NW, Suite 900
Washington, DC  20037-1701
rphair@huntonak.com

Edward G. Caspar
Arthur Ago
Lawyers' Committee for Civil Rights Under Law
1500 K Street, NW, Suite  900
Washington,   DC      20005
ecaspar@lawyerscommittee.org
aago@lawyerscommittee.org

_____/s/_____
Bradley P. Marrs (VSB#25281)
Marrs & Henry
7202 Glen Forest Drive, Suite 307
Richmond, VA  23226
Tel. (804) 662-5716
Fax (804) 662-5712
bmarrs@marrs-henry.com
*Counsel for Defendants*