# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
# Richmond Division

| | |
|---|---|
| **SEALED PLAINTIFF 1** ) | |
| ) | |
| and ) | |
| ) | |
| **SEALED PLAINTIFF 2,** ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil Action No. 3:22-cv-00670 |
| ) | |
| **PATRIOT FRONT, et al.** ) | |
| ) | |
| Defendants. ) | |

## PLAINTIFFS' STATEMENT CONCERNING
## CONSENT TO MAGISTRATE JUDGE JURISDICTION

Plaintiffs, through counsel, respectfully state that Plaintiffs do not consent to the assignment of this case to a Magistrate Judge as the presiding judicial officer.

Dated:  September 5, 2024

Respectfully submitted,

By: /s/ Michael R. Shebelskie
Michael R. Shebelskie (VSB No. 27459)
Kevin S. Elliker (VSB No. 87498)
HUNTON ANDREWS KURTH LLP
Riverfront Plaza, East Tower
951 East Byrd Street
Richmond, VA  23219-4074
Telephone:  (804) 788-8200
Facsimile:  (804) 788-8218
mshebelskie@HuntonAK.com
kelliker@HuntonAK.com

Nicholas Drews (DC Bar No. 1779084)*
HUNTON ANDREWS KURTH LLP
2200 Pennsylvania Ave, NW
Washington, DC 20037-1701
Telephone:  (202) 955-1521
ndrews@HuntonAK.com

Edward G. Caspar (DC Bar No. 1644168)*
Anisa Sirur (CA Bar No. 315771)*
LAWYERS' COMMITTEE FOR CIVIL
RIGHTS UNDER LAW
1500 K Street, NW, Suite 900
Washington, DC 20005
Telephone:  (202) 662-8600
Facsimile:  (202) 783-0857
ecaspar@lawyerscommittee.org
asirur@lawyerscommittee.org

Daniel J. Kramer (NY Bar No. 1979392)*
Joshua Hill (NY Bar No. 4297826)*
Gregory F. Laufer (NY Bar No. 4614764)*
Robert J. O'Loughlin (NY Bar No. 5225966)*
PAUL, WEISS, RIFKIND, WHARTON &
GARRISON LLP
1285 Avenue of the Americas
New York, NY  10019-6064
Telephone:  (212) 373-3000
Facsimile:  (212) 492-0441
dkramer@paulweiss.com
jhill@paulweiss.com
glaufer@paulweiss.com
roloughlin@paulweiss.com

*admitted pro hac vice

Counsel for Plaintiffs