IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

Case No.:   3:22cv670
Judge: M. Hannah Lauck

Date: September 19, 2024
Court Reporter: Ruth Levy

## INITIAL PRETRIAL CONFERENCE

Attorneys Present:

★ Plaintiffs
*Sealed Plaintiff 1 and Sealed Plaintiff 2*
☒ Kevin Elliker
☒ Robert O'Loughlin

★ Defendants
*Paul Gancarz, Nathan Noyce, Thomas Dail, Daniel Turetchi, and Aedan Tredinnick*
☒ Bradley Marrs

FPTC Date:   4/8/2025  ☐ 11:00 a.m.   ☒ 1:00 p.m.   ☐ NOT Scheduled

Jury Selection Date:   4/22/2025

Trial Date:   4/23/2025   for   3 days

Type:   ☐ Bench Trial   ☒ Jury Trial

Magistrate Referral:   ☐ Speight   ☒ Colombell   ☐ Private Mediator

Begin:   11:06 a.m.   End: 11:49 a.m.   Total: 43 minutes