IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| SEALED PLAINTIFF 1 and <br> SEALED PLAINTIFF 2, <br><br> Plaintiffs, <br><br> v. <br><br> PATRIOT FRONT, *et al.*, <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> )    Civil Action No. 3:22-cv-00670 <br> ) <br> ) <br> ) <br> ) |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE
## FOR SETTLING DEFENDANTS

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiffs and Defendants Nathan Noyce, Thomas Dail, Paul Gancarz, Daniel Turetchi and Aedan Tredinnick (collectively, the "Settling Defendants), by and through their undersigned counsel, hereby stipulate that all claims asserted against the Settling Defendants, and all their asserted defenses, are dismissed with prejudice. This stipulation of dismissal does not affect Plaintiffs' claims against the remaining defendants, the settlement agreement between Plaintiffs and the Settling Defendants expressly providing that it does not release those claims.

Pursuant to *Kokkonen v. Guardian Life Insurance Co. of America*, 511 U.S. 375 (1994), this stipulation of dismissal explicitly reserves jurisdiction in this Court to enforce the terms of the settlement agreement between Plaintiffs and the Settling Defendants. Plaintiffs and the Settling Defendants agree that the Court retains jurisdiction and authority to enforce, and resolve any disputes concerning, their settlement agreement, as more fully described in the settlement agreement.

**SO ORDERED**

/s/ M. Hannah Lauck
United States District Judge
12/3/24

Dated: December 3, 2024

By: /s/ *Michael R. Shebelskie*
Michael R. Shebelskie (VSB No. 27459)
Kevin S. Elliker (VSB No. 87498)
HUNTON ANDREWS KURTH LLP
Riverfront Plaza, East Tower
951 East Byrd Street
Richmond, VA 23219-4074
Telephone: (804) 788-8200
Facsimile: (804) 788-8218
mshebelskie@HuntonAK.com
kelliker@HuntonAK.com

Nicholas Drews (DC Bar No. 1779084)*
HUNTON ANDREWS KURTH LLP
2200 Pennsylvania Ave, NW
Washington, DC 20037-1701
Telephone: (202) 955-1521
ndrews@HuntonAK.com

Edward G. Caspar (DC Bar No. 1644168)*
Anisa Sirur (CA Bar No. 315771)*
LAWYERS' COMMITTEE FOR CIVIL
RIGHTS UNDER LAW
1500 K Street, NW, Suite 900
Washington, DC 20005
Telephone: (202) 662-8600
Facsimile: (202) 783-0857
ecaspar@lawyerscommittee.org
asirur@lawyerscommittee.org

Daniel J. Kramer (NY Bar No. 1979392)*
Joshua Hill (NY Bar No. 4297826)*
Gregory F. Laufer (NY Bar No. 4614764)*
Robert J. O'Loughlin (NY Bar No. 5225966)*
PAUL, WEISS, RIFKIND, WHARTON &
GARRISON LLP
1285 Avenue of the Americas
New York, NY 10019-6064
Telephone: (212) 373-3000
Facsimile: (212) 492-0441
dkramer@paulweiss.com
jhill@paulweiss.com
glaufer@paulweiss.com
roloughlin@paulweiss.com

*Counsel for Plaintiffs*

Respectfully submitted,

By: /s/ *Glen K. Allen (by permission)*
Bradley P. Marrs (VSB No. 25281)
MARRS & HENRY
7202 Glen Forest Drive, Suite 307
Richmond, VA 23226
Telephone: (804) 662-5716
Facsimile: (804) 662-5712
bmarrs@marrs-henry.com

Glen K. Allen*
GLEN ALLEN LAW
5423 Springlake Way
Baltimore, MD 21212
Telephone: (410) 802-6453
glenallenlaw@protonmail.com

*Counsel for Defendants Nathan Noyce, Thomas Dail, Paul Gancarz, Daniel Turetchi, and Aedan Tredinnick*

*\*admitted pro hac vice*

2