# UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF VIRGINIA
# Richmond Division

| | |
|---|---|
| **SEALED PLAINTIFFS 1 and 2** | ) |
| | ) |
| **Plaintiffs,** | ) Civil Action No. 3:22 cv 670-MH |
| v. | ) |
| | ) |
| **PATRIOT FRONT, et al.** | ) |
| | ) |
| **Defendants.** | ) |

## ENTRY OF APPEARANCE

Bradley P. Marrs and the law firm of Marrs & Henry enter their appearance on behalf of defendant John Doe 1, for the purpose of filing, with plaintiffs, a motion to include John Doe 1 in the Protective Order approved by the Court on October 1, 2024 (DE 160) and a Joint Stipulation of Dismissal of John Doe 1.

              Respectfully submitted,

              _____ /s/ _____

              Bradley P. Marrs
              (VSB # 25281)
              Marrs & Henry
              7202 Glen Forest Drive, Suite 307
              Richmond, VA 232226
              Tel. (804) 662-5716
              Fax (804) 662-5716
              e-mail bmarrs@marrs-henry.com

## CERTIFICATE OF SERVICE

I hereby certify that on March 20, 2025, true and accurate copies of the foregoing were served via ECF procedures of this Court to all counsel of record.

_____ /s/_____

Bradley P. Marrs
(VSB # 25281)
Marrs & Henry
7202 Glen Forest Drive, Suite 307
Richmond, VA 232226
Tel. (804) 662-5716
Fax (804) 662-5716
e-mail bmarrs@marrs-henry.com