IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| SEALED PLAINTIFF 1 and<br>SEALED PLAINTIFF 2,<br><br>    Plaintiffs,<br><br>v.<br><br>PATRIOT FRONT, *et al.*,<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)  Civil Action No. 3:22-cv-00670<br>)<br>)<br>)<br>) |

**PLAINTIFFS' AGREED MOTION TO AMEND PROTECTIVE ORDER
AND BRIEF IN SUPPORT**

**Motion**

Sealed Plaintiff 1 and Sealed Plaintiff 2 ("Plaintiffs"), by counsel, move to amend the Protective Order (Dkt. 160) to make John Doe 1 a party to that Protective Order and to provide that Plaintiffs will treat John Doe 1's identity as Highly Confidential Attorneys' Eyes Only information under the Protective Order. The grounds for this motion are stated in the following brief in support.

**Brief in Support**

Plaintiffs move to amend the Protective Order to make John Doe 1 a party to that Protective Order and to provide that Plaintiffs will treat John Doe 1's identity as Highly Confidential Attorneys Eyes Only information under the Protective Order. Plaintiffs state in support of this Motion:

1. Plaintiffs and John Doe 1 have entered a settlement agreement that resolves Plaintiffs' claims against John Doe 1.

2. Pursuant to the settlement agreement, Plaintiffs agreed to treat John Doe 1's identity as Highly Confidential Attorneys Eyes Only information under the Protective Order.

3. To effectuate that agreement Plaintiffs file this motion.

4. Counsel for John Doe 1 have authorized counsel for Plaintiffs to represent that John Doe 1 consents to this motion.

5. Following entry of an order amending the Protective Order, Plaintiffs will file a stipulation of dismissal with respect to John Doe 1.

6. This motion will not prejudice any party, as Plaintiffs have dismissed pursuant to a separate settlement all Defendants who are the existing counterparties to the Protective Order. *See* Dkt. 162, 163.

WHEREFORE, for the foregoing reasons and in the interest of justice, Plaintiffs ask that the Court grant this motion. A proposed Order accompanies this motion and brief.

Dated: March 21, 2025

Respectfully submitted,

By: /s/ *Michael R. Shebelskie*
Michael R. Shebelskie (VSB No. 27459)
Kevin S. Elliker (VSB No. 87498)
HUNTON ANDREWS KURTH LLP
Riverfront Plaza, East Tower
951 East Byrd Street
Richmond, VA 23219-4074
Telephone: (804) 788-8200
Facsimile: (804) 788-8218
mshebelskie@hunton.com
kelliker@hunton.com

Nicholas Drews (DC Bar No. 1779084)*
HUNTON ANDREWS KURTH LLP
2200 Pennsylvania Ave, NW
Washington, DC 20037-1701
Telephone: (202) 955-1521
ndrews@hunton.com

Edward G. Caspar (DC Bar No. 1644168)*
Anisa Sirur (CA Bar No. 315771)*
LAWYERS' COMMITTEE FOR CIVIL
RIGHTS UNDER LAW
1500 K Street, NW, Suite 900
Washington, DC 20005
Telephone:  (202) 662-8600
Facsimile:  (202) 783-0857
ecaspar@lawyerscommittee.org
asirur@lawyerscommittee.org

Daniel J. Kramer (NY Bar No. 1979392)*
Joshua Hill (NY Bar No. 4297826)*
Gregory F. Laufer (NY Bar No. 4614764)*
Robert J. O'Loughlin (NY Bar No. 5225966)*
PAUL, WEISS, RIFKIND, WHARTON &
GARRISON LLP
1285 Avenue of the Americas
New York, NY  10019-6064
Telephone:  (212) 373-3000
Facsimile:  (212) 492-0441
dkramer@paulweiss.com
jhill@paulweiss.com
glaufer@paulweiss.com
roloughlin@paulweiss.com

Counsel for Plaintiffs