# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
## Richmond Division

| | |
|---|---|
| **SEALED PLAINTIFF 1** ) <br> ) <br> **and** ) <br> ) <br> **SEALED PLAINTIFF 2,** ) <br> ) <br>       **Plaintiffs,** ) <br> ) <br> **v.** ) <br> ) <br> **PATRIOT FRONT,** *et al.,* ) <br> ) <br>       **Defendants.** ) | Civil Action No. 3:22-cv-00670-MHL |

## [PROPOSED] ORDER

This matter comes before the Court on Plaintiffs' Agreed Motion to Amend Protective Order. Plaintiffs request that the Court amend the Protective Order (Dkt. 160) to add Defendant John Doe 1 as a party to the Protective Order and to provide that John Doe 1's identity will be treated as Highly Confidential-Attorneys' Eyes Only information under the Protective Order. Plaintiffs aver that John Doe 1 consents to this motion.

Upon due consideration, the Court GRANTS the motion. The Protective Order (Dkt. 160) is hereby amended to add Defendant John Doe 1 as a party to the Protective Order and to provide that John Doe 1's identity will be treated as Highly Confidential-Attorneys' Eyes Only thereunder.

It is SO ORDERED.

Date:  
Richmond, Virginia

                                                                                            M. Hannah Lauck  
                                                                                           United States District Judge