IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

**SEALED PLAINTIFF 1,**

and

**SEALED PLAINTIFF 2,**

Plaintiffs,

v.   Civil Action No. 3:22-cv-00670

**PATRIOT FRONT,** *et al.*,

**Defendants.**

## ORDER

This matter comes before the Court on Sealed Plaintiff 1 and Sealed Plaintiff 2's (the "Plaintiffs") Agreed Motion to Amend Protective Order and Brief in Support (the "Motion"). (ECF No. 169.) On October 1, 2024, the Court issued a Stipulated Protective Order and Non-Waiver Order (the "Protective Order"). (ECF No. 160.) Plaintiffs ask the Court to amend the Protective Order "to make John Doe 1 a party to that Protective Order and to provide that Plaintiffs will treat John Doe 1's identity as Highly Confidential Attorneys' Eyes Only information under the Protective Order." (ECF No. 169, at 1.)

In support of this request, Plaintiffs explain that they "have entered a settlement agreement that resolves [their] claims against John Doe 1." (ECF No. 169, at 1.) Plaintiffs explain that they file this Motion "[t]o effectuate that agreement." (ECF No. 169, at 2.) Plaintiffs state that "[c]ounsel for John Doe 1 have authorized counsel for Plaintiffs to represent that John Doe 1 consents to this motion." (ECF No. 169, at 2.)

Upon due consideration, and for good cause shown, the Court GRANTS the Motion. (ECF No. 169.) The Protective Order, (ECF No. 160), is AMENDED to (1) make John Doe 1 a party to that Protective Order, and (2) to provide that Plaintiffs will treat John Doe 1's identity as Highly Confidential Attorneys' Eyes Only information under the Protective Order.

It is SO ORDERED.

Date: 3/24/25
Richmond, Virginia

/s/
M. Hannah Lauck
United States District Judge