IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

**SEALED PLAINTIFF 1,**

and

**SEALED PLAINTIFF 2,**

**Plaintiffs,**

v.                                                             Civil Action No. 3:22-cv-00670

**PATRIOT FRONT,** *et al.*,

**Defendants.**

## ORDER

This matter comes before the Court on Sealed Plaintiff 1 and Sealed Plaintiff 2's Motion to Remove Trial Date and Brief in Support (the "Motion"). (ECF No. 176.) Plaintiffs ask the Court to "remove[] from the Court's trial calendar" the trial that was scheduled to begin in this matter on April 21, 2025. (ECF No. 176, at 1.) In support of this request, Plaintiffs explain that "[a]fter the Court set that trial date, [they] settled with, and dismissed, the five named Defendants who made appearances" in this matter—"Nathan Noyce, Thomas Dail, Paul Gancarz, Daniel Turetchi, and Aedan Tredinnick." (ECF No. 176, at 1.)

Upon due consideration and for good cause shown, the Court GRANTS the Motion. (ECF No. 176.) On December 3, 2024, the Court dismissed Defendants Nathan Noyce, Thomas

Dail, Paul Gancarz, Daniel Turetchi, and Aedan Tredinnick from this action. (ECF No. 163, at 1.) The Court CLARIFIES that the trial scheduled in this matter has been cancelled as a result of the Court's December 3, 2024 dismissal of these defendants.

It is SO ORDERED.

Date: 4/3/25
Richmond, Virginia

/s/
M. Hannah Lauck
United States District Judge