IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

SEALED PLAINTIFF 1,

and

SEALED PLAINTIFF 2,

    Plaintiffs,

v.                                              Civil Action No. 3:22-cv-00670

PATRIOT FRONT, *et al.*,

    Defendants.

## ORDER

This matter comes before the Court on Plaintiffs' Motion for Extension of Time to File Motions for Default Judgment (the "Motion"). (ECF No. 182.) In the Motion, Plaintiffs ask the Court to extend their deadline to file motions for default judgment against the Defendants against whom default has been entered to September 24, 2025.

On August 27, 2025, the Court denied Defendant William Ring's Motion to Retract Entry of Default. (ECF No. 181.) The Court ordered Plaintiffs to file, within fourteen days of the entry of the Court's Order, motions for entry of default judgment against Mr. Ring or any other Defendant against whom default has been entered." (ECF No. 181, at 8.) On September 3, 2025, Plaintiffs filed the motion.

The Clerk of Court has entered default against Defendants Patriot Front, Thomas Rousseau, William Ring, and Jacob Brown (collectively, the "Defaulted Defendants"). (ECF Nos. 104, 105, 118.) Plaintiffs have since resolved their claims against and voluntarily

dismissed Defendants Nathan Noyce, Thomas Dail, Paul Gancarz, Daniel Turetchi, Aedan Tredinnick, and John Doe 1 (collectively, the "Dismissed Defendants"). (ECF Nos. 162, 171.)

In support of the Motion, Plaintiffs explain that, "[s]ince resolving their claims with the Dismissed Defendants, Plaintiffs have been actively engaged in third-party discovery with them to collect evidence relevant to further proceedings in this Court against the Defaulted Defendants." (ECF No. 182, at 1.) Plaintiffs have "obtained documents from" and "took depositions of" the Dismissed Defendants. (ECF No. 182, at 1.) "Plaintiffs intend to rely on evidence elicited through this discovery in support of their forthcoming motions for default judgment." (ECF No. 182, at 2.)

Upon due consideration and for good cause shown, the Court GRANTS the Motion. (ECF No. 182.) Plaintiffs deadline to file motions for the entry of default against the Defendants against whom default has been entered is EXTENDED to September 24, 2025.

It is SO ORDERED.

Date: 09/04/25
Richmond, Virginia

/s/
M. Hannah Lauck
United States District Judge