IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

**SEALED PLAINTIFF 1,**

and

**SEALED PLAINTIFF 2,**

                Civil Action No. 3:22-cv-00670

     **Plaintiffs,**

v.

**PATRIOT FRONT,** *et al.*,

     **Defendants.**

## ORDER

For the reasons stated in the accompanying Memorandum Opinion, the Court GRANTS Plaintiffs' Motions for Default Judgment. (ECF No. 187, 188, 189.) The Court ORDERS that:

(1) Default judgment SHALL be entered under Count One against Defendants Patriot Front, Jacob Brown, and William Ring.

(2) Default judgment SHALL be entered under Count Two against Defendants Patriot Front, Thomas Rousseau, Jacob Brown, and William Ring.

(3) Default judgment SHALL be entered under Count Three against Defendant Patriot Front.

The Court further ORDERS Plaintiffs to file a motion for damages and fees no later than seven (7) days from the date of entry of this Order. Plaintiffs' motion for damages SHALL include any and all factual materials, including affidavits, underlying Plaintiffs' claim for damages. Plaintiffs' motion SHALL also include argument concerning Plaintiffs' entitlement to declaratory and injunctive relief.

The Clerk is DIRECTED to send a copy of the accompanying Memorandum Opinion and this Order to all counsel of record and to Defendants at the addresses listed in the executed

Summonses.  (ECF No. 54, at 1; ECF No. 89, at 1; ECF No. 90, at 1; ECF No. 109, at 1.)

It is SO ORDERED.

Date: 2/27/26
Richmond, Virginia

/s/
M. Hannah Lauck
Chief United States District Judge

2