IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

SEALED PLAINTIFF 1,

and

SEALED PLAINTIFF 2,

    Plaintiffs,

v.                                                            Civil Action No. 3:22-cv-00670

PATRIOT FRONT, *et al.*,

    Defendants.

## ORDER

This matter comes before the Court on Plaintiffs' Motion for Extension of Time (the "Motion"). (ECF No. 211.) On February 27, 2026, the Court granted Plaintiffs' motions for default judgment and ordered Plaintiffs to provide the Court with briefing concerning attorney's fees and their entitlement to damages and equitable relief. (ECF Nos. 206, 207.) The Court ordered Plaintiffs to provide this briefing by March 6, 2026. (ECF No. 207, at 1.)

In the Motion, Plaintiffs seek an extension of time to file their supplemental briefing. (ECF No. 211, at 1.) Plaintiffs' counsel "are assembling time records from the last three-plus years for purposes of the fee request, and are working with Plaintiffs to gather evidence to substantiate the damages to which they are entitled." (ECF No. 211, at 2.) Plaintiffs' counsel are also "researching the question of equitable remedies in the context of default judgment." (ECF No. 211, at 2.) Plaintiffs therefore seek an extension of time to provide supplemental briefing to March 27, 2026.

Upon due consideration and for good cause shown, the Court GRANTS the Motion, (ECF No. 211), but will provide a shorter extension than that sought by Plaintiffs. The Court ORDERS Plaintiffs to provide the supplemental briefing described in the Court's February 27, 2026 Order, (ECF No. 207), no later than March 16, 2026 at 5:00 p.m. The Court will not extend the deadline for Plaintiffs to file their supplemental briefing any further.

Any party seeking to object to Plaintiffs' supplemental briefing regarding attorney's fees, damages, or equitable relief SHALL file a response to that supplemental briefing no later than March 23, 2026 at 5:00 p.m. Plaintiffs SHALL file any reply to any such response no later than March 26, 2026 at 5:00 p.m.

The Clerk is DIRECTED to send a copy of this Order to all counsel of record. The Clerk is further DIRECTED to send the following documents to Defendants at the following addresses. The Clerk is DIRECTED to send:

(1) a copy of this Order and the Court's Order and Memorandum Opinion regarding Plaintiffs' motions for default judgment, (ECF Nos. 206, 207), to Defendants Patriot Front and Thomas Rousseau at 714 Highview Lane, Grapevine, TX 76051.

(2) a copy of this Order and the Court's Order and Memorandum Opinion regarding Plaintiffs' motions for default judgment, (ECF Nos. 206, 207), to Defendant William Ring at the following addresses:

(a) Fayette County Prison, 12 Court Street, Uniontown, PA 15401.

(b) SCI-Mercer, PO Box 33028, St. Petersburg, FL 33733.

(3)     a copy of this Order and the Court's Order and Memorandum Opinion regarding Plaintiffs' motions for default judgment, (ECF Nos. 206, 207), to Defendant Jacob Brown at the following addresses

         (a) 140 Powhatan Parkway, Hampton, VA 23661.

         (b) 61 Woodlot Road, Ridge NY 11961.

It is SO ORDERED.

Date: 3/5/26
Richmond, Virginia

/s/
M. Hannah Lauck
Chief United States District Judge