IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

SEALED PLAINTIFF 1,

and

SEALED PLAINTIFF 2,

Plaintiffs,

v.                                                      Civil Action No. 3:22-cv-00670

PATRIOT FRONT, *et al.*,

Defendants.

## ORDER

This matter comes before the Court on Plaintiffs' Supplemental Brief. (ECF No. 213.)

The Clerk is further DIRECTED to send a copy of this Order, the Supplemental Brief, (ECF No.

213), and the attachments to the Supplemental Brief, (ECF Nos. 213-1, 213-2, 213-3, 213-4,

213-5, 213-6, 213-7), to Defendants at the following addresses. The Clerk is DIRECTED to

send these documents to:

(1)     Defendants Patriot Front and Thomas Rousseau at 714 Highview Lane,
        Grapevine, TX 76051.

(2)     Defendant William Ring at the following addresses:

        (a) Fayette County Prison, 12 Court Street, Uniontown, PA 15401.

        (b) SCI-Mercer, PO Box 33028, St. Petersburg, FL 33733.

(3)     Defendant Jacob Brown at the following addresses:

        (a) 140 Powhatan Parkway, Hampton, VA 23661.

        (b) 61 Woodlot Road, Ridge, NY 11961.

As the Court previously ordered on March 5, 2026, (ECF No. 212), Defendants objecting to Plaintiffs' Supplemental Brief SHALL file a response no later than March 23, 2026 at 5:00 p.m. Plaintiffs SHALL file any reply to any such response no later than March 26, 2026 at 5:00 p.m.

It is SO ORDERED.

_____ /s/

Date: 3/17/26
Richmond, Virginia

M. Hannah Lauck
Chief United States District Judge

2