**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division**

**SEALED PLAINTIFF 1,**

and

**SEALED PLAINTIFF 2,**

**Plaintiffs,**

          **Civil Action No. 3:22-cv-00670**

v.

**PATRIOT FRONT,** *et al.,*

**Defendants.**

## <u>ORDER</u>

For the reasons stated in the accompanying Memorandum Opinion, the Court GRANTS

in Part DENIES IN PART Plaintiffs' requests for compensatory damages, punitive damages,

declaratory relief, and injunctive relief. (ECF No. 213.)

As to Counts One, Two, and Three, the Court AWARDS Sealed Plaintiff 1:

(1)   $5000 in compensatory damages and $7,500 in punitive damages against Defendants Patriot Front, Jacob Brown, and William Ring under Count One of the Amended Complaint. (ECF No. 31.)

(2)   $5,000 in compensatory damages and $7,500 in punitive damages against Defendants Patriot Front, Thomas Rousseau, Jacob Brown, and William Ring under Count Two of the Amended Complaint. (ECF No. 31.)

(3)   $5,000 in compensatory damages and $7,500 in punitive damages against Defendant Patriot Front Ring under Count Three of the Amended Complaint. (ECF No. 31.)

As to Counts One, Two, and Three, the Court AWARDS Sealed Plaintiff 2:

(1)   $5,000 in compensatory damages and $7,500 in punitive damages against Defendants Patriot Front, Jacob Brown, and William Ring under Count One of the Amended Complaint. (ECF No. 31.)

(2)    $5,000 in compensatory damages and $7,500 in punitive damages against Defendants Patriot Front, Thomas Rousseau, Jacob Brown, and William Ring under Count Two of the Amended Complaint.   (ECF No. 31.)

(3)    $5,000 in compensatory damages and $7,500 in punitive damages against Defendant Patriot Front under Count Three of the Amended Complaint.   (ECF No. 31.)

Defendants Patriot Front, Jacob Brown and William Ring shall be liable for the full amount of compensatory and punitive damages JOINTLY and SEVERALLY.

The Court enters a DECLARATORY JUDGMENT that Defendants Patriot Front, Jacob Brown, and William Ring violated Plaintiffs' rights under 42 U.S.C. § 1985(3); that Defendants Patriot Front, Thomas Rousseau, Jacob Brown, and Willing Ring violated Plaintiffs' rights under 42 U.S.C. § 1986; and that Defendant Patriot Front violated Plaintiffs' rights under Va. Code § 8.01-42.1.

The Court DENIES WITHOUT PREJUDICE the injunctive relief sought by Sealed Plaintiff 1 and Sealed Plaintiff 2.

The Clerk is DIRECTED to send a copy of this Order and the accompanying Memorandum Opinion to Defendants at the following addresses:

(1)    Defendants Patriot Front and Thomas Rousseau at 714 Highview Lane, Grapevine, TX 76051.

(2)    Defendant William Ring at the following addresses:

(a) Fayette County Prison, 12 Court Street, Uniontown, PA 15401.

(b) SCI-Mercer, PO Box 33028, St. Petersburg, FL 33733.

(3)    Defendant Jacob Brown at the following addresses:

(a) 140 Powhatan Parkway, Hampton, VA 23661.

(b) 61 Woodlot Road, Ridge, NY 11961.


It is SO ORDERED.

Date: 3/31/26                                                          /s/
Richmond, Virginia                                   M. Hannah Lauck
                                                     Chief United States District Judge

3