**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division**

**SEALED PLAINTIFF 1,**

    **and**

**SEALED PLAINTIFF 2,**

    **Plaintiffs,**

        **v.**

**PATRIOT FRONT,** *et al.*,

    **Defendants.**

                                 **Civil Action No. 3:22-cv-00670**

## FINAL ORDER

For the reasons stated in the accompanying Memorandum Opinion, the Court GRANTS Plaintiffs' requests for attorney's fees and costs.   (ECF No. 213.)

The Court AWARDS Plaintiffs attorney's fees in the amount of $347,251.50. The Court partitions this award as follows:   the Court AWARDS Hunton Andrews Kurth LLP ("Hunton") $82,495.00; AWARDS Paul, Weiss, Rifkind, Wharton & Garrison LLP ("Paul, Weiss") $222,894.00; and AWARDS the Lawyer's Committee for Civil Rights Under Law $21,872.50.

The Court AWARDS Plaintiffs costs in the amount of $48,240.23.   The Court partitions its award of costs as follows: the Court will AWARDS $25,203.44 to Hunton and $23,036.79 to Paul, Weiss.

The Court AWARDS $2,100.00 for the preparation of Plaintiffs' request for fees.

Combining the Court's award of attorney's fees and costs yields a total award of

$397,591.73.

Judgment in the amount of $397,591.73 is hereby entered in favor of Plaintiffs against Defendants Patriot Front, Thomas Rousseau, Jacob Brown, and William Ring jointly and severally, with interest at the federal interest rate of 3.79 percent per annum from the date this Order is entered until paid.

The parties are advised that they have the right to appeal the decision of the Court. Fed. R. Civ. P. 4(1)(a).  Should they wish to do so, written notice of appeal must be filed with the Clerk of the Court within thirty (30) days of the date of entry hereof.  Failure to file a written notice of appeal may result in the loss of the right to appeal.

The Clerk is DIRECTED to send a copy of this Order and the accompanying Memorandum Opinion to Defendants at the following addresses:

(1)     Defendants Patriot Front and Thomas Rousseau at 714 Highview Lane, Grapevine, TX 76051.

(2)     Defendant William Ring at the following addresses:

(a) Fayette County Prison, 12 Court Street, Uniontown, PA 15401.

(b) SCI-Mercer, PO Box 33028, St. Petersburg, FL 33733.

(3)     Defendant Jacob Brown at the following addresses:

(a) 140 Powhatan Parkway, Hampton, VA 23661.

(b) 61 Woodlot Road, Ridge, NY 11961.

The Clerk is DIRECTED to close this matter.

It is SO ORDERED.

Date: 3/31/26
Richmond, Virginia

M. Hannah Lauck
Chief United States District Judge

2